IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535, a/k/a RONALD SATISH EMRIT, a/k/a PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897 d/b/a UNITED EMRITS OF AMERICA, § § § § § § § § § | § § CIVIL ACTION NO. 1:25-CV-166-MJT |
| *Plaintiff*, § § | |
| v. § § | |
| COBB GONZALEZ LAW FIRM OF JACKSONVILLE, FLORIDA, 12TH JUDICIAL DISTRICT OF FLORIDA IN AND FOR SARASOTA COUNTY COURT, MANATEE COUNTY COURT, ERIC GOLDFINE TRUST, PAMELA CHAPMAN, and CHRISTOPHER GEDNEY, § § § § § § § § § | |
| *Defendants*. § | |

**ORDER ADOPTING THE REPORT
AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Presidential Candidate Number P60005535, also known as Ronald Satish Emrit, proceeding *pro se* and *in forma pauperis*, filed a lawsuit against Cobb Gonzalez Law Firm of Jacksonville, Florida, the 12th Judicial District of Florida in and for Sarasota County Court, Manatee County Court, Eric Goldfine Trust, Pamela Chapman, and Christopher Gedney. [Dkt. 1]. The District Court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C.

§ 636(b)(1); E.D. TEX. LOC. R. CV-72.  On May 27, 2025, the magistrate judge issued a Report and Recommendation [Dkt. 5] advising dismissal of this action without prejudice for want of subject matter jurisdiction and denial of leave to amend because of the jurisdictional divesture. The magistrate judge also found Plaintiff's *in forma pauperis* complaint frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B), and recommended that the Court warn Plaintiff for the second time that filing frivolous lawsuits could result in him being declared a vexatious litigant in this district and subjected to an order prohibiting him from filing lawsuits in this district without first obtaining permission from a district court.  Objections to the report were due by June 13, 2025.  FED. R. CIV. P. 72(b)(2).  To date, no objections to the report have been filed.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 5] is ADOPTED.  Plaintiff Ronald Satish Emrit's claims are DISMISSED WITHOUT PREJUDICE in their entirety.  Plaintiff Ronald Satish Emrit is WARNED that filing frivolous lawsuits could result in him being declared a vexatious litigant in this district and subjected to an order prohibiting him from filing lawsuits in this district without first obtaining permission from a district court.

**SIGNED this 1st day of July, 2025.**

Michael J. Truncale
United States District Judge